UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON DALE WILLIAMS, JR., | No. 2:20-cv-01747-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| K. ANCHETA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding *pro se*, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 9, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2021, are ADOPTED IN FULL; and

2. Plaintiff's Eighth Amendment claims are DISMISSED and this action shall

proceed on the original complaint as to Plaintiff's due process claims only.

DATED: June 8, 2021

                                        Troy L. Nunley
                                        United States District Judge