1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | JOANNA B. HOOD, State Bar No. 264078
Supervising Deputy Attorney General
3 | JOSHUA S. SHUSTER, State Bar No. 297307
Deputy Attorney General
4 | 300 South Spring Street, Suite 1702
Los Angeles, CA 90013
5 | Telephone: (213) 269-6333
Fax: (916) 761-3641
6 | E-mail: Joshua.Shuster@doj.ca.gov
*Attorneys for Defendants*
7 | *K. Ancheta and S. Gonzalez*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SHELDON DALE WILLIAMS, JR.**, <br><br> Plaintiff, <br><br> v. <br><br> **K. ANCHETA, et al.**, <br><br> Defendants. | 2:20-cv-01747 TLN DMC <br><br> **ORDER** <br><br><br> Action Filed: August 31, 2020 |

Good cause appearing, Defendants Gonzalez and Ancheta's First Request for Extension of Time to Respond to Plaintiff's Complaint by ninety-days is granted.

IT IS SO ORDERED.

Dated: June 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE