# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON DALE WILLIAMS, JR., | No. 2:20-CV-1747-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| K. ANCHETA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' request, ECF No. 22, for a temporary stay of litigation proceedings pending the outcome of a settlement conference set for November 17, 2021. Good cause appearing therefor, Defendants' request, which is construed as a motion, is granted. This matter is stayed through November 17, 2021. If the matter does not settle, Defendants shall have to 30 days from the date of the settlement conference to file a responsive pleading.

IT IS SO ORDERED.

Dated: September 15, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1